**CMI CORPORATION, Plaintiff–Appellant,**

v.

**CEDARAPIDS, INC., Standard Havens, Inc., and Standard Havens Products, Inc., Defendants–Cross Appellants.**

No. 01–1355, 01–1356.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2001.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ENVISIA TECHNOLOGIES, INC., Plaintiff–Appellee,**

v.

**REVOLUTION MOTORSPORTS, INC. (doing business as Weapon–R), Defendant–Appellant.**

No. 01–1616.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2001.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).